**No. 67416.—**Haddad & Sons *v.* United States, protests 61/10769 and 60/25404 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the mer-

chandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 CCPA 136, C.A.D. 585), the claim of the plaintiff was sustained.